IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERTO ALFONSO CORONA, | No. C 15-02520 HRL (PR) |
| Petitioner, | **ORDER OF TRANSFER** |
| v. | |
| On HABEAS CORPUS, | |
| Respondent. | |

    Petitioner, a state prisoner at the Sierra Conservation Center in Jamestown, CA has filed a petition for a writ of habeas corpus under 28 U.S.C. § 2254, challenging his state conviction.

    Venue for a habeas action is proper in either the district of confinement or the district of conviction, 28 U.S.C. § 2241(d). However, federal courts in California traditionally have chosen to hear petitions challenging a conviction or sentence in the district of conviction. See Dannenberg v. Ingle, 831 F. Supp. 767, 767 (N.D. Cal. 1993) (citing Laue v. Nelson, 279 F. Supp. 265, 266 (N.D. Cal. 1968)). The petition indicates that Petitioner was convicted in Norwalk County, (Docket No. 5 at 1), which lies within the venue of the Western Division of the Central District of California. See 28 U.S.C. 84(c)(2).

1  Accordingly, the above-titled action is hereby TRANSFERRED to the United
2  States District Court for the Western Division of the Central District of California. See
3  28 U.S.C. §§ 1404(a), 2241(d); Habeas L.R. 2254-3.

4  The Clerk shall transfer this matter and terminate any pending motions.

5  **IT IS SO ORDERED.**

7  DATED: 6/19/15

HOWARD R. LLOYD
United States Magistrate Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. CORONA,<br><br>    Plaintiff,<br><br>v.<br><br>ON HABEAS CORPUS,<br><br>    Defendant. | Case No. 15-cv-02520-HRL<br><br>**CERTIFICATE OF SERVICE** |

    I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

    That on June 19, 2015, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Robert A. Corona ID: AN-3524
Sierra Conservation Center Housing: C-1/147
5150 O'Byrnes Ferry Road
Jamestown, CA 95327

Dated: June 19, 2015

Richard W. Wieking
Clerk, United States District Court

By: /S/
Patty Cromwell, Deputy Clerk to the
Honorable HOWARD R. LLOYD