UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES--GENERAL

Case No.  **CV 15-04748-JLS (KK)**                              Date:  **September 30, 2015**

Title:  Robert A. Corona v. On Habeas Corpus

**DOCKET ENTRY**

PRESENT:

**HON. <u>KENLY KIYA KATO</u>, UNITED STATES MAGISTRATE JUDGE**

<u>Deb Taylor</u>                                                                   <u>None</u>
Deputy Clerk                                                           Court Reporter/Recorder

ATTORNEYS PRESENT FOR PLAINTIFF(S):            ATTORNEYS PRESENT FOR DEFENDANT(S):
           None                                                                         None

**PROCEEDINGS:          (IN CHAMBERS)**

On June 15, 2015, Petitioner Robert A. Corona ("Petitioner"), filed a Petition for Writ of Habeas Corpus by a Person in State Custody ("Petition") challenging unspecified 2012 convictions.  ECF Docket No. ("Dkt.") 15.  On June 25, 2015, the Court issued an Order dismissing the Petition with leave to amend for failure to name a proper respondent.  Dkt. 11.  Petitioner failed to timely file an amended complaint, hence, on July 24, 2015, the Court issued a Report and Recommendation dismissing the action for failure to prosecute.  Dkt. 12.  The Court granted Petitioner until August 24, 2015 to filed objections to the Court's Report and Recommendation.  <u>Id.</u>

Plaintiff did not file objections to the July 24, 2015 Report and Recommendation, but on August 17, 2015, Petitioner filed a First Amended Petition ("FAP").  Dkt. 16.  On August 20, 2015, the Court issued an order dismissing the FAP with leave to amend for failure to provide basic information regarding the challenged conviction.  Dkt. 18.  The Court granted Petitioner until September 3, 2015 to file a Second Amended Petition ("SAP") curing the FAP's deficiencies.  <u>Id.</u>

Petitioner failed to file a Second Amended Complaint, hence, on September 21, 2015, the Court issued a second Report and Recommendation dismissing the action for failure to prosecute.  Dkt. 19.

On September 21, 2015, Petitioner untimely filed objections to the Court's July 24, 2015 Report and Recommendation.  Dkt. 21.

As of the date of this order, **Petitioner has still failed to comply with the Court's August 20, 2015 order to cure the FAP's deficiencies by filing a SAP**.  Out of an abundance of caution, the Court will extend the time in which Petitioner can file his SAP to **October 13, 2015**.  In addition, the September 21, 2015 Report and Recommendation is VACATED.  The Clerk is directed to provide Petitioner with a copy of the August 20, 2015 Dismissal order and a blank Central District habeas petition form.  Petitioner is once again advised that failure to file a timely SAP will result in this action being dismissed for failure to prosecute and/or comply with court orders.

                                                                                                  dts
                                                            Initials of Deputy Clerk  _____

MINUTES FORM 11
CIVIL-GEN