UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-4748-JLS (KK) | Date: | November 2, 2016 |
| Title: | *Robert A. Corona v. On Habeas Corpus* | | |

Present: The Honorable **KENLY KIYA KATO, UNITED STATES MAGISTRATE JUDGE**

| DEB TAYLOR | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Petitioner: | Attorney(s) Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings:** Order to Show Cause Why <u>Kelly</u> Stay Should Not Be Vacated For Failure to File a Status Report

On June 14, 2016, the Court issued an Order granting Petitioner's request for a <u>Kelly</u> stay and requiring Petitioner to file a status report by October 14, 2016 and every 90 days thereafter. ECF Docket No. ("dkt.") 35. In the status report, Petitioner was to address the status of Petitioner's exhaustion efforts in state court. <u>See id.</u> at 3. Petitioner was expressly warned that if he failed to act diligently in seeking to exhaust his state court remedies or failed to file the required status reports, "the Court may vacate the stay and prohibit Petitioner from raising any new claims in this action." <u>Id.</u>

Over two weeks have passed since the October 14, 2016 deadline, and Petitioner has failed to file a status report. Nor has Petitioner made any other communication with the Court. Petitioner is therefore in violation of the Court's June 14, 2016 Order. As such, Petitioner is **ORDERED TO SHOW CAUSE** by **November 23, 2016** as to why the <u>Kelly</u> stay should not be vacated and why Petitioner should not be prohibited from raising new claims in this action, for failure to comply with the Court's Order to file a status report. Petitioner may discharge this Order to Show Cause by filing the required status report by **November 23, 2016**.

///
///
///

      **Petitioner is expressly warned that failure to timely file a response to this Order <u>will</u> result in this action being dismissed with prejudice for his failure to comply with Court orders and failure to prosecute.  See Fed. R. Civ. P. 41(b).**

      **IT IS SO ORDERED.**