# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. CORONA,<br><br>                Petitioner,<br><br>      v.<br><br>WARDEN HEIDI LACKNER,<br><br>                Respondent. | Case No. LACV 15-4748-JLS (LAL)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the Magistrate Judge's Report and Recommendation, and the remaining record, and has made a *de novo* determination.

Accordingly, IT IS ORDERED THAT:

1. The Report and Recommendation is approved and accepted;

2. Judgment be entered denying the Third Amended Petition and dismissing this action with prejudice; and

3. The Clerk serve copies of this Order on the parties.

DATED: November 16, 2018

                                            HONORABLE JOSEPHINE L. STATON
                                            UNITED STATES DISTRICT JUDGE