# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT A. CORONA, | Case No. LACV 15-4748-JLS (LAL) |
| Petitioner, | **JUDGMENT** |
| v. | |
| WARDEN HEIDI LACKNER, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that the Third Amended Petition is denied and this action is dismissed with prejudice.

DATED: November 16, 2018

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE